Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE: | CASE: 24-22766 |
| Ronald Bernard Bingham<br>Anna Marie Yeneza Bingham | CHAPTER 13 |
| **Debtors** | Hon. JOEL T. MARKER |

### TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

**Confirmation Issues Arising Since Last Filed Objection**

1. Schedule A/B fails to properly value the following asset(s): BlueBird account.

2. There is a discrepancy between the attorney's fees listed in Part 4.3 of the plan and the Bankruptcy Rule 2016 Statement (Official Form 2030).  Counsel must resolve this discrepancy and accurately disclose the receipt of any retainer.

**Confirmation Issues Arising Since Last Filed Objection**

1. As of November 26, 2024, the Debtors are now $478.00 delinquent for payments owing through November 2024.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: November 26, 2024              MaryAnn Bride
                                     Attorney for Chapter 13 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on November 26, 2024:

JARED B. PEARSON, ECF Notification

/s/ Pauline Thayne